# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

———————————————

Case No. 6D2023-2623
Lower Tribunal No. 22-CA-004153

———————————————

DISCOVERY AT HOME, LLC,

Appellant,

v.

AIDE & ALLIED COMPANION CARE SERVICE, LLC and ALYSSIA CURRINGTON,

Appellees.

———————————————

Appeal pursuant to Fla. R. App. 9.130 from the Circuit Court for Lee County.
James Shenko, Judge.

July 30, 2024

PER CURIAM.

AFFIRMED.

WHITE and SMITH, JJ., and WOOTEN, W.C., Associate Judge, concur.


Michelle D. Cofiño and Eric W. Boyer, of Quintairos, Prieto, Wood & Boyer, P.A., Miami, for Appellant.

Kristie A. Scott, Robson D. C. Powers, and Lindsay Compton, of Light Path Law, P.A., Fort Myers, for Appellees.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED